Michael J. Sexton CA Bar No. 153435
michael.sexton@ogletree.com
Terence Liao CA Bar No. 336488
terence.liao@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

JS-6

Attorneys for Defendant
National Technology & Engineering Solutions of Sandia, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MONISH BAKSHI; NEPTUNE CONSULTING WEST,<br><br>  Plaintiffs,<br><br>v.<br><br>NATIONAL TECHNOLOGY & ENGINEERING SOLUTIONS OF SANDIA, LLC; DOES 1 through 100 inclusive,<br><br>  Defendants. | Case No. 2:25-cv-01311-MAA<br><br>**JOINT STATUS REPORT REGARDING MEDIATION AND [~~PROPOSED~~ ORDER]**<br><br>Complaint Filed: January 13, 2025<br>Trial Date:      None Set<br>Magistrate Judge: Hon. Maria A. Audero |

Plaintiffs MONISH BAKSHI ("Bakshi") and NEPTUNE CONSULTING WEST ("Neptune") ("Plaintiffs") and Defendant NATIONAL TECHNOLOGY & ENGINEERING SOLUTIONS OF SANDIA, LLC ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Report pursuant to the Court's instructions at the Mandatory Scheduling Conference.

WHEREAS, on April 18, 2025, the Parties appeared before the Court for a Mandatory Scheduling Conference;

WHEREAS, at the Mandatory Scheduling Conference, the Court instructed the Parties to file a joint report by April 25, 2025, confirming whether a mediation date has been set;

WHEREAS, the Parties have agreed to mediate this matter with Mediator Barry M. Appell and have scheduled the mediation for July 17, 2025;

NOW, THEREFORE, the Parties jointly report that a mediation date has been set for July 17, 2025, and agree to submit a follow-up joint report regarding the results of the mediation by July 24, 2025.

DATED: April 23, 2025          EMPLOYMENT LAWYERS GROUP


                               By: */s/ Karl Gerber*
                                   Karl Gerber
                                   Attorneys for Plaintiffs
                                   Monish Bakshi and
                                   Neptune Consulting West


DATED: April 23, 2025          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                               By: */s/ Terence Liao*
                                   Michael J. Sexton
                                   Terence Liao
                                   Attorneys for Defendant
                                   National Technology & Engineering
                                   Solutions of Sandia, LLC

1                                              Case No. 2:25-cv-01311-MAA
JOINT STATUS REPORT AND [~~PROPOSED~~ ORDER]

# [~~PROPOSED~~] ORDER

Having reviewed the Parties' joint report, and good cause appearing, the Court makes the following Order:

1. The case is hereby stayed for all purposes pending completion of private mediation scheduled for July 17, 2025.

2. The Parties are ordered to submit a Joint Status Report by no later than July 24, 2025. If mediation is unsuccessful, the Parties are ordered to submit an updated Joint Case Management Statement proposing an updated litigation schedule within fourteen (14) days of the unsuccessful mediation.

**IT IS SO ORDERED**.

DATED: April 24, 2025

_____
Honorable Maria A. Audero
United States Magistrate Judge